UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 10, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALBERTO JOSE GONZALEZ,

Defendant.

Case No. 6:17-mj-00044 JDP

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ALBERTO JOSE GONZALEZ Case No. 6:17-mj-00044 JDP Charges 18 USC § 3583 from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): Probation conditions as briefly imposed.

Issued at Sacramento, California on January 10, 2020 at 2:00 PM

By: _____

Magistrate Judge Kendall J. Newman