HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
BENJAMIN A. GERSON, NY BAR #5505144
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ALBERTO JOSE GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTO JOSE GONZALEZ,<br><br>Defendant. | Case No. 6:17-mj-00044-JDP<br><br>**STIPULATION TO VACATE REVIEW HEARING; EXTEND PROBATION; AND MODIFY SENTENCE; ORDER** |

The parties, through their respective counsel, Susan St. Vincent, Legal Officer, Yosemite National Park, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Alberto Jose Gonzalez, hereby stipulate and jointly move this Court to vacate the review hearing currently calendared for July 7, 2020, to extend Mr. Gonzalez's term of probation by six months, and modify his sentence to allow for 40 hours of AA/NA meetings in lieu of the original requirement of 40 hours community service.

On August 22, 2018, the Honorable Jeremy D. Peterson sentenced Mr. Gonzalez to a term of 12 months unsupervised probation, and to pay a fine $600.00. On January 10, 2020 Mr. Gonzalez admitted to a probation violation for not paying the court ordered fine. He was sentenced to an additional 6 months of unsupervised probation and 40 hours of community service. To date, Mr. Gonzalez has paid the $600.00 fine. However, due to the onset of the COVID-19 emergency in the weeks following Mr. Gonzalez' January 2020 sentencing, he has

been unable to complete the community service. He has provided evidence to the undersigned defense counsel of his attempts to begin volunteer work with the ASPCA, unfortunately there are no available positions due to emergency closures.

The government and defense counsel recognize that while Mr. Gonzalez pleaded guilty to Count 1 of the complaint, Count 2 alleged a controlled substance. While Count 2 was dismissed, the parties agree that the goals of community service may be equally well served by Mr. Gonzalez's participation in AA/NA meetings. The undersigned defense counsel has provided Mr. Gonzalez with resources to attend meetings remotely.

The parties therefore move the court to vacate the review hearing scheduled for July 7, 2020, modify Mr. Gonzalez's term of probation to allow 40 hours of AA/NA meeting attendance in lieu of 40 hours of community service, and extend his term of probation by six months to allow ample time for completion.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: July 1, 2020        */s/ Susan St. Vincent*
SUSAN ST. VINCENT
Acting Legal Officer
National Park Service
Yosemite National Park


HEATHER E. WILLIAMS
Federal Defender

Dated: July 1, 2020        */s/ Benjamin A. Gerson*
BENJAMIN A. GERSON
Assistant Federal Defender
Attorney for Defendant
ALBERTO JOSE GONZALEZ

**O R D E R**

Based on the parties' joint representation the court vacates the review hearing in case 6:18-mj-00044-JDP scheduled for July 7, 2020, at 10:00 a.m.  Mr. Gonzalez's term of probation is extended by six months, and he shall complete 40 hours of AA/NA meetings in lieu of community service.

IT IS SO ORDERED.

Dated:   July 2, 2020                                                  _____
                                                                                                   UNITED STATES MAGISTRATE JUDGE